UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. _____ |
| v. | ) |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) |
| | ) |
| MOHAMMED ABDUL QAYIUM QURAISHI and | ) |
| | ) |
| MOHAMMED ABDUL AZIZ QURAISHI | ) |
| | ) |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendants are in custody and that there is not further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul G. Casey
KIMBERLY P. WEST
PAUL G. CASEY
Assistant U.S. Attorneys

DATED: November 19, 2004