AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

*filed in open court 1/11/05*

DISTRICT OF  MASSACHUSETTS

UNITED STATES

v.

MOHAMMED ABDUL RASHEED QURAISHI, et. al.

**APPEARANCE**

Case Number: 04-10345-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  MOHAMMED ABDUL QAYIUM QURAISHI.

I certify that I am admitted to practice in this court.

1/11/05
Date

*[Signature]*
Signature

PETER E. GELHAAR     188310
Print Name            Bar Number

DONNELLY, CONROY & GELHAAR, LLP
Address

ONE BEACON ST. -- 33RD FL.
BOSTON,  MA  02108
City          State    Zip Code

(617) 720-2880    (617) 720-3554
Phone Number      Fax Number