UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>MOHAMMED ABDUL RASHEED QURAISHI, )<br>MOHAMMED ABDUL QAYIUM QURAISHI,  )<br>MOHAMMED ABDUL AZIZ QURAISHI,    )<br>        Defendants,              )<br>                                  ) | **CRIMINAL ACTION**<br>**NO. 04-10345-NMG** |

**ORDER OF EXCLUDABLE TIME**
**January 11, 2005**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 14, 2004 (date of expiration of prior order of excludable time) through February 11, 2005 (date by which the first phase of discovery shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE