# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10345-NMG** |
| MOHAMMED ABDUL RASHEED QUARAISHI, ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI, ) | |
| MOHAMMED ABDUL AZIZ QUARAISHI, ) | |
| Defendants, ) | |

## ORDER OF EXCLUDABLE TIME
### April 4, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 31, 2005 (date of expiration of prior order of excludable time) through June 2, 2005 (date by which Defendants shall complete their review of discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE