UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>MOHAMMED ABDUL QAYIUM )<br>QURAISHI, et al. )<br>)<br>) | Cr. No. 04-10345-NMG |

**DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI'S EMERGENCY MOTION FOR MODIFICATION OF RELEASE CONDITIONS TO PERMIT HIM TO TRAVEL TO GOOD SAMARITAN HOSPITAL (NO OBJECTION BY GOVERNMENT OR PRETRIAL SERVICES)**

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby moves the Court to modify his current release conditions by allowing him to travel to visit his ailing father at Good Samaritan Hospital in Brockton, Massachusetts.

1. Since December 2, 2004, Mr. Quraishi has been released on an unsecured bond with certain conditions, including that his travel be limited and that he participate in home detention, except as pre-approved by the court.

2. Mr. Quraishi's father was transported to Good Samaritan hospital on the morning of May 24, 2005, by ambulance.

3. This motion is being filed on an emergency basis to seek permission for Mr. Quraishi to visit his father at Good Samaritan Hospital while he remains hospitalized. If this Court grants this motion, Mr. Quraishi will continue to make any requests to visit his father at Good Samaritan Hospital through Mr. Quraishi's Pretrial Services Officer, Chris Wylie.

4. Mr. Quraishi's Pretrial Services Officer was notified of this motion and has no objection to it.

5. The government also does not object to this motion.

WHEREFORE, Mr. Quraishi respectfully requests that the Court order that Mr. Quraishi's release conditions be modified to allow Mr. Quraishi to travel to and from Good Samaritan Hospital to visit his father while he remains hospitalized, and he will continue to make any such requests through Pretrial Services.

Respectfully submitted,

MOHAMMED ABDUL QAYIUM QURAISHI

By his attorneys,

*/s/ Jill B. Meixel*
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: May 24, 2005