# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-10345-NMG
MOHAMMED ABDUL RASHEED QURAISHI,)
MOHAMMED ABDUL QAYIUM QURAISHI, )
MOHAMMED ABDUL AZIZ QURAISHI,   )
        Defendants,            )
_____)
```

## STATUS REPORT
### June 6, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Pending Motion</u>

Mr. Abdul Rasheed Quraishi has filed a Motion To Vacate Seizure Warrant and the Government has filed its opposition to that motion. A hearing on that motion shall be held on June 20, 2005, at 10:00 a.m.

2. <u>Discovery</u>

This case involves a great deal of discovery involving voluminous documents and analysis of information contained on fifteen computer hard drives. Additionally, the Government has recently assembled documents which it intends to make available for

a review by Defendants' counsel. Counsel for the parties have requested additional time to complete this additional phase of discovery. I have granted that request.

2.  Further Status Conference

A further status conference shall be held in this case on July 7, 2005, at 9:45 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 2, 2005 (date of expiration of prior order of excludable time) through July 7, 2005 (date by which one phase of discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, September 15, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE