UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>)<br>)<br>v.              )<br>)      Cr. No. 04-10345-NMG<br>)<br>MOHAMMED ABDUL QAYIUM )<br>QURAISHI, et al.     )<br>) | |

**DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI'S
EMERGENCY MOTION FOR MODIFICATION OF RELEASE CONDITIONS
TO PERMIT HIM TO TRAVEL TO THE GIBBONS SCHOOL IN
STOUGHTON, MASSACHUSETTS
<u>(NO OBJECTION BY GOVERNMENT)</u>**

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby moves the Court to modify his current release conditions by allowing him to travel to and from the Gibbons School in Stoughton, Massachusetts each day from July 25 through and including July 29, 2005 to pick up his children from camp.

1. Since December 2, 2004, Mr. Quraishi has been released on an unsecured bond with certain conditions, including that his travel be limited and that he participate in home detention, except as pre-approved by the court.

2. Mr. Quraishi's children are attending camp at the Gibbons School in Stoughton, Massachusetts during the week of July 25, 2005.

3. This motion is being filed on an emergency basis to seek permission for Mr. Quraishi to travel to and from the Gibbons School to pick up his children from camp each day during the week of July 25, 2005, which will require him to leave his home in Canton,

Massachusetts from 11:45 a.m. through 12:15 p.m. each day. If this Court grants this motion, Mr. Quraishi will continue to make such a request through Mr. Quraishi's Pretrial Services Officer, Chris Wylie.

4. Mr. Quraishi's Pretrial Services Officer was notified of this motion.

5. The Government does not object to this motion.

WHEREFORE, Mr. Quraishi respectfully requests that the Court order that Mr. Quraishi's release conditions be modified to allow him to travel to and from the Gibbons School in Stoughton, Massachusetts each day during the week of July 25, 2005 from 11:45 a.m. through 12:15 p.m., and he will continue to make such requests through Pretrial Services.

Respectfully submitted,

MOHAMMED ABDUL QAYIUM QURAISHI

By his attorneys,

/s/ Jill Brenner Meixel
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: July 21, 2005