UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 04-10345-NMG |
| | ) | |
| MOHAMMED ABDUL QAYIUM | ) | |
| QURAISHI, et al. | ) | |
| | ) | |
| | ) | |

**DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI'S
EMERGENCY MOTION FOR MODIFICATION OF RELEASE CONDITIONS
TO REMOVE HIM FROM ELECTRONIC MONITORING AND HOME DETENTION
AND TO PERMIT HIM TO TRAVEL TO ILLINOIS
(NO OBJECTION BY GOVERNMENT OR BY CHRIS WYLIE OF PRE-TRIAL
SERVICES)**

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby moves the Court to modify his current release conditions to (a) remove him from electronic monitoring and home detention; and (b) allow him to travel to and from Glendale Heights, Illinois with his children, to visit family, from August 19, 2005 through August 29, 2005.

1.      Since December 2, 2004, Mr. Quraishi has been released on an unsecured bond with certain conditions, including that his travel be limited and that he participate in home detention, except as pre-approved by the court.

2.      This motion is being filed on an emergency basis to seek permission for Mr. Quraishi to be removed from electronic monitoring and home detention. If the Court grants this motion, Mr. Quraishi will continue to check in with pre-trial services, by telephone, twice weekly. In addition, his travel will be restricted to Massachusetts unless otherwise pre-approved by the Court.

3.     Mr. Quraishi further requests that he be permitted to travel to and from Glendale Heights, Illinois, to visit family with his children from August 19, 2005 through August 29, 2005.  Mr. Quraishi will check in twice weekly, by telephone, with pre-trial services during this trip.

4.     Mr. Quraishi's Pretrial Services Officer, Chris Wylie, does not object to this motion.

5.     The Government does not object to this motion.

WHEREFORE, Mr. Quraishi respectfully requests that the Court order that Mr. Quraishi's release conditions be modified to allow him (a) to be removed from electronic monitoring and home detention, with the condition that he check in with pre-trial services twice weekly, by telephone, and that travel be restricted to Massachusetts except as pre-approved by the Court; and (b) to travel to and from Glendale Heights, Illinois from August 19, 2005 through August 29, 2005, checking in with pre-trial services twice weekly during this trip.

Respectfully submitted,

MOHAMMED ABDUL QAYIUM QURAISHI

By his attorneys,

Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
(617) 720-2880

Dated: August 18, 2005

2