AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

Jill Brenner Meixel

**APPEARANCE**

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Qaiyum Quraishi

_11/28/05_
*Date*

_[signature]_
*Signature*

Jill Brenner Meixel
*Print Name*

Donnelly, Conroy & Gelhaar, LLP
*Address*

One Beacon St., 33rd Fl
*City*   *State*   *Zip Code*

Boston, MA  02108

*Phone Number*
617-720-2880