UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> MOHAMMED ABDUL QAYIUM ) <br> QURAISHI, et al. ) <br> ) <br> ) | Cr. No. 04-10345-NMG |

**DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI'S
EMERGENCY MOTION FOR MODIFICATION OF RELEASE
CONDITIONS TO PERMIT HIM (A) TO TRAVEL TO ILLINOIS FROM
FEBRUARY 17, 2006 THROUGH FEBRUARY 27, 2006; AND (B) TO
TRAVEL TO AND FROM T.F. GREEN AIRPORT IN RHODE ISLAND
(NO OBJECTION BY GOVERNMENT OR BY PRE-TRIAL SERVICES)**

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby moves the Court to modify his current release conditions to permit him (a) to travel to and from Glendale Heights, Illinois to visit family from February 17, 2006 through February 27, 2006; and (b) to travel to and from Warwick, Rhode Island for his family members' scheduled arrivals and departures from T.F. Green Airport.

1.  On December 2, 2004, Mr. Quraishi was released on an unsecured bond with certain conditions, including that his travel be limited and that he participate in home detention, except as pre-approved by the Court.

2.  On October 4, 2005, the Court allowed Mr. Quraishi's motion for modification of release conditions to remove him from electronic monitoring and home detention. Mr. Quraishi's travel is restricted to Massachusetts unless otherwise pre-approved by this Court.

3. This motion is being filed on an emergency basis to seek permission for Mr. Quraishi's release conditions to be modified in two respects. First, Mr. Quraishi seeks permission to travel to and from Glendale Heights, Illinois, with his family, from February 17, 2006 through February 27, 2006, to visit family during his children's school vacation week. During this trip, Mr. Quraishi will reside with his brother. If the Court grants this request, Mr. Quraishi will provide his Pretrial Services Officer with his itinerary prior to travel, and will continue to check in twice weekly with Pretrial Services, by telephone, during this trip.

4. Second, Mr. Quraishi seeks permission to modify his release conditions to permit him to travel to and from Warwick, Rhode Island to T.F. Green Airport from his home in Canton, Massachusetts, when such travel is necessary to pick up and return family members traveling to and from T.F. Green Airport. If the Court grants this request, Mr. Quraishi will inform his Pretrial Services Officer prior to any such travel to Rhode Island.

5. If the Court grants this motion, all other release conditions will remain intact.

4. Mr. Quraishi's Pretrial Services Officer, Gina Affsa, does not object to this motion.

6. The Government does not object to this motion.

WHEREFORE, Mr. Quraishi respectfully requests that the Court order that Mr. Quraishi's release conditions be modified to allow him (a) to travel to and from Glendale Heights, Illinois from February 17, 2006 through February 27, 2006, checking in with pre-trial services twice weekly during this trip; and (b) to travel to and from Rhode Island, when needed, for the purpose of driving family members with scheduled arrivals and departures to and from T.F. Green Airport.

>Respectfully submitted,
>
>MOHAMMED ABDUL QAYIUM QURAISHI,
>
>By his attorneys,
>
>/s/ Jill Brenner Meixel
>Peter E. Gelhaar (BBO# 188310)
>Jill Brenner Meixel (BBO# 652501)
>Donnelly, Conroy & Gelhaar, LLP
>One Beacon Street, 33rd Floor
>Boston, MA  02108
>(617) 720-2880

Dated: January 27, 2006

Certificate of Service

I hereby certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2006.

>/s/ Jill Brenner Meixel
>Jill Brenner Meixel (BBO# 652501)