```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
          Plaintiff,                )
     v.                             ) Criminal No. 04-10345-NMG
                                    )
MOHAMMED ABDUL RASHEED QURAISHI,    )
MOHAMMED ABDUL QAYIUM QURAISHI,     )
MOHAMMED ABDUL AZIZ QURAISHI,       )
          Defendants.               )
                                    )
```

## UNITED STATES' MOTION FOR RELEASE OF *LIS PENDENS*

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release the Lis Pendens recorded at the Norfolk County Registry of Deeds against the real property, with all buildings, appurtenances, and improvements thereon, located at 38 Kevin Clancy Way, Stoughton, Massachusetts, having a deed recorded at the Norfolk County Registry of Deeds, Book 15017, Page 403 (the "Real Property").

As grounds for this motion, the United States submits that on April 19, 2006, the Court granted an Order Partially Vacating Preliminary Order of Forfeiture, only with respect to the Real Property.

WHEREFORE, the United States requests that the Court authorize the <u>Lis</u> <u>Pendens</u> to be released.  A proposed Release of <u>Lis</u> <u>Pendens</u> is submitted herewith for consideration by the Court.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: <u>/s/ Kristina E. Barclay</u>
    Kristina E. Barclay
    Assistant U.S. Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100

Dated: June 1, 2006

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                    <u>/s/ Kristina E. Barclay</u>
                    Kristina E. Barclay
                    Assistant U.S. Attorney

Dated: June 1, 2006

```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
          Plaintiff,            ) Criminal No. 04-10345-NMG
     v.                         )
                                ) Record Owner:
MOHAMMED ABDUL RASHEED QURAISHI, ) Abdul A. Quiraishi
MOHAMMED ABDUL QAYIUM QURAISHI,  )
MOHAMMED ABDUL AZIZ QURAISHI,    ) Property:
          Defendants.           ) 38 Kevin Clancy Way
                                ) Stoughton, Massachusetts
                                )
                                ) Quitclaim Deed
                                ) Book 15017, Page 403
```

**RELEASE OF *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the Lis Pendens against the real property, with all buildings, appurtenances, and improvements thereon, located at 38 Kevin Clancy Way, Stoughton, Massachusetts (the "Real Property"). For title to the Real Property, see Book 15017, Page 403, of the Norfolk County Registry of Deeds.

This Release is made pursuant to an Order Partially Vacating Preliminary Order of Forfeiture, only with respect to the Real Property.

The Lis Pendens was endorsed by the District Court on November 30, 2004, and was recorded on December 8, 2004, at the Norfolk County Registry of Deeds at Book 21860, Page 155.

Signed under the pains and penalties of perjury this 1st day of June, 2006.

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                         By:/s/ Kristina E. Barclay
                            Kristina E. Barclay
                            Assistant U.S. Attorney
                            1 Courthouse Way
                            Suite 9200
                            Boston, MA  02210
                            (617) 748-3100

                    COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Boston

    Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 1st day of June, 2006.

                                        /s/ Nicole Swiec
                                        Notary Public
                                        My commission expires: 2/02/07

SO ORDERED AND ENDORSED:

_____
NATHANIEL M. GORTON
United States District Judge

Dated: _____