UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Cr. No. 04-10345-NMG |
| ) | |
| MOHAMMED ABDUL QAYIUM ) | |
| QURAISHI, et al. ) | |

**DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI'S
EMERGENCY MOTION FOR MODIFICATION OF
RELEASE CONDITIONS TO PERMIT HIM TO TRAVEL TO
ILLINOIS FROM JUNE 29 THROUGH JULY 10, 2006
(NO OBJECTION BY GOVERNMENT OR BY PRE-TRIAL SERVICES)**

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby moves the Court to modify his current release conditions to permit him to travel to and from Glendale Heights, Illinois to visit family from June 29 through July 10, 2006.

1. On December 2, 2004, Mr. Quraishi was released on an unsecured bond with certain conditions, including that his travel be limited and that he participate in home detention, except as pre-approved by the Court.

2. On October 4, 2005, the Court allowed Mr. Quraishi's motion for modification of release conditions to remove him from electronic monitoring and home detention. Mr. Quraishi's travel is restricted to Massachusetts and to Rhode Island (strictly for the purpose of traveling to and from T.F. Green airport) unless otherwise pre-approved by this Court.

3.  This motion is being filed on an emergency basis to seek permission for Mr. Quraishi's release conditions to be modified. Mr. Quraishi seeks permission to travel to and from Glendale Heights, Illinois from June 29, 2006 through July 10, 2006, to visit family. During this trip, Mr. Quraishi will reside with his brother at 1681 Bloomingdale Road, Glendale Heights, Illinois. If the Court grants this request, Mr. Quraishi will provide his Pretrial Services Officer, Gina Affsa, with his itinerary prior to travel, and will continue to check in twice weekly with Pretrial Services, by telephone, during this trip.

4.  If the Court grants this motion, all other release conditions will remain intact.

5.  Mr. Quraishi's Pretrial Services Officer does not object to this motion.

6.  The Government does not object to this motion.

WHEREFORE, Mr. Quraishi respectfully requests that the Court order that Mr. Quraishi's release conditions be modified to allow him to travel to and from Glendale Heights, Illinois from June 29, 2006 through July 10, 2006, checking in with pre-trial services twice weekly during this trip.

Respectfully submitted,

MOHAMMED ABDUL QAYIUM QURAISHI,

By his attorneys,

/s/ Jill Brenner Meixel
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
(617) 720-2880

Dated: June 9, 2006

<u>Certificate of Service</u>

  I hereby certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 9, 2006.

            <u>/s/ Jill Brenner Meixel</u>
            Jill Brenner Meixel (BBO# 652501)