UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MOHAMMED ABDUL RASHEED QURAISHI,<br>MOHAMMED ABDUL QAYIUM QURAISHI,<br>MOHAMMED ABDUL AZIZ QURAISHI,<br>　　　　Defendants. | ) Criminal No. 04-10345-NMG<br>)<br>) <u>Record Owner</u>:<br>) Abdul A. Quiraishi<br>)<br>) <u>Property</u>:<br>) 38 Kevin Clancy Way<br>) Stoughton, Massachusetts<br>)<br>) <u>Quitclaim Deed</u><br>) Book 15017, Page 403 |

## RELEASE OF *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the <u>Lis Pendens</u> against the real property, with all buildings, appurtenances, and improvements thereon, located at 38 Kevin Clancy Way, Stoughton, Massachusetts (the "Real Property"). For title to the Real Property, <u>see</u> Book 15017, Page 403, of the Norfolk County Registry of Deeds.

This Release is made pursuant to an Order Partially Vacating Preliminary Order of Forfeiture, <u>only</u> with respect to the Real Property.

The <u>Lis Pendens</u> was endorsed by the District Court on November 30, 2004, and was recorded on December 8, 2004, at the Norfolk County Registry of Deeds at Book 21860, Page 155.

Case 1:04-cr-10345-NMG   Document 86-2   Filed 06/01/2006   Page 2 of 2

Signed under the pains and penalties of perjury this 1st day of June, 2006.

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                      By: /s/ Kristina E. Barclay
                          Kristina E. Barclay
                          Assistant U.S. Attorney
                          1 Courthouse Way
                          Suite 9200
                          Boston, MA  02210
                          (617) 748-3100


                      COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                  Boston

    Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 1st day of June, 2006.

                                        /s/ Nicole Swiec
                                        Notary Public
                                        My commission expires: 2/02/07

SO ORDERED AND ENDORSED:

*[signature]*
NATHANIEL M. GORTON
United States District Judge

Dated: 6/13/06