UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>MOHAMMED ABDUL QAYIUM )<br>QURAISHI, et al. )<br>)<br>) | Cr. No. 04-10345-NMG |

**DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI'S
EMERGENCY MOTION FOR MODIFICATION OF
RELEASE CONDITIONS TO PERMIT HIM TO TRAVEL TO
CONNECTICUT ON SATURDAY, OCTOBER 28, 2006
(NO OBJECTION BY GOVERNMENT)**

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby moves the Court to modify his current release conditions to permit him to travel to and from Connecticut to visit family on Saturday, October 28, 2006, leaving his home at 2:00 p.m. and returning by midnight.

1.   On December 2, 2004, Mr. Quraishi was released on an unsecured bond with certain conditions, including that his travel be limited and that he participate in home detention, except as pre-approved by the Court.

2.   On October 4, 2005, the Court allowed Mr. Quraishi's motion for modification of release conditions to remove him from electronic monitoring and home detention. Mr. Quraishi's travel is restricted to Massachusetts and to Rhode Island (strictly for the purpose of traveling to and from T.F. Green airport) unless otherwise pre-approved by this Court.

3. This motion is being filed on an emergency basis to seek permission for Mr. Quraishi's release conditions to be modified. Mr. Quraishi seeks permission to travel to and from Connecticut on Saturday, October 28, 2006, to visit family. Mr. Quraishi will leave his home at 2:00 p.m. and return home by midnight.

4. If the Court grants this motion, all other release conditions will remain intact.

5. The Government does not object to this motion.

WHEREFORE, Mr. Quraishi respectfully requests that the Court order that Mr. Quraishi's release conditions be modified to allow him to travel to and from Connecticut on Saturday, October 28, 2006.

Respectfully submitted,

MOHAMMED ABDUL QAYIUM QURAISHI,

By his attorneys,

/s/ Jill Brenner Meixel
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: October 25, 2006

Certificate of Service

I hereby certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2006.

/s/ Jill Brenner Meixel
Jill Brenner Meixel (BBO# 652501)

2