UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES | ) ) ) ) ) |
| v. | ) ) Cr. No. 04-10345-NMG ) |
| MOHAMMED ABDUL QAYIUM QURAISHI, et al. | ) ) ) ) ) |

## ASSENTED-TO MOTION OF DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI TO IMPOUND CONFIDENTIAL INFORMATION

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby respectfully moves this Court for leave to file the following documents under seal:

1. Defendant Qayium Quraishi's Motion to Continue Sentencing; and

2. Declaration of Jill Brenner Meixel.

In support of this Motion, Mr. Quraishi states as follows:

1. The Sentencing in this matter is currently scheduled for December 20, 2006.

2. Through Mr. Quraishi's Motion to Continue Sentencing, along with the supporting Declaration of Jill Brenner Meixel, Mr. Quraishi moves to continue the Sentencing date for approximately two months to enable him to care for his Mother while she undergoes treatments for cancer. Mr. Quraishi's Motion, along with the supporting Declaration, contain confidential medical information pertaining to Mr. Quraishi's mother's medical treatments.

3. The Government assents to the filing of this motion.

4. Mr. Quraishi represents that the impoundment order may be lifted upon the Court's disposition of this action, and all impounded materials may be returned to Mr. Quraishi.

WHEREFORE, Mr. Quraishi respectfully requests that the Motion and Declaration be impounded until further Order of the Court. In addition, Mr. Quraishi respectfully requests that the Court accept these documents provisionally under Seal pending the Court's ruling on this Motion.

Respectfully submitted,

MOHAMMED ABDUL QAYIUM QURAISHI,

By his attorneys,

/s/ Jill Brenner Meixel
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: November 29, 2006

### Local Rule 7.1 Statement

I hereby certify that counsel for Qayium Quraishi did confer in good faith with Assistant United States Attorney Al Chakravarty in an effort to narrow or resolve the issues raised in this motion, and the Government has indicated that it assents to this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

2

## Certificate of Service

I hereby certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2006.

/s/ Jill Brenner Meixel
Jill Brenner Meixel