UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) <br> ) <br> ) <br> ) <br> ) |
| v. | ) <br> )    Cr. No. 04-10345-NMG <br> ) |
| MOHAMMED ABDUL RASHEED QURAISHI, MOHAMMED ABDUL QAYIUM QURAISHI, and MOHAMMED ABDUL AZIZ QURAISHI | ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED-TO EMERGENCY MOTION OF DEFENDANT QAYIUM QURAISHI TO EXTEND HIS SELF-SURRENDER DATE FOR ONE WEEK**

Through this motion, Defendant Qayium Quraishi ("Mr. Quraishi") respectfully requests that this Court extend his self-surrender date for one week, until May 18, 2007. In support of this motion, Mr. Quraishi states as follows:

1. Mr. Quraishi was sentenced in this matter on March 30, 2007.

2. On April 11, 2007, a Judgment was entered against him. (*See* Docket No 114).

3. Mr. Quraishi is currently required to self-surrender to the federal institution located in Big Spring, Texas no later than 2:00 p.m. on May 11, 2007.

4. Mr. Quraishi requests one additional week to self-surrender because on Saturday, May 5, 2007, Mr. Quraishi's seven-year old daughter was admitted to Children's Hospital in Boston, and remains there as of this date. *See* Declaration of Jill Brenner Meixel, ¶¶ 2, 4 & Ex. A. Mr. Quraishi requests this additional time in order to ensure that his daughter's condition is stabilized prior to reporting to Texas. The circumstances of Mr. Quraishi's daughter's

hospitalization are set forth in the accompanying Declaration of Jill Brenner Meixel (filed under seal).

    5.    The Government assents to the filing of this motion.

WHEREFORE, Mr. Quraishi respectfully requests that this Court grant his request for a one-week extension of his self-surrender date, until May 18, 2007.

> Respectfully submitted,
>
> MOHAMMED ABDUL QAYIUM QURAISHI,
>
> By his attorneys,
>
> /s/ Jill Brenner Meixel
> Peter E. Gelhaar (BBO# 188310)
> Jill Brenner Meixel (BBO# 652501)
> Donnelly, Conroy & Gelhaar, LLP
> One Beacon Street, 33rd Floor
> Boston, MA  02108
> (617) 720-2880

Dated: May 8, 2007

## Certificate of Service

I hereby certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2007.

> /s/ Jill Brenner Meixel
> Jill Brenner Meixel