UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) <br> ) <br> v. ) <br> ) <br> MOHAMMED ABDUL QAYIUM ) <br> QURAISHI, et al. ) <br> ) | Cr. No. 04-10345-NMG |

**ASSENTED-TO MOTION OF DEFENDANT MOHAMMED ABDUL QAYIUM QURAISHI TO IMPOUND DECLARATION OF JILL BRENNER MEIXEL**

Defendant Mohammed Abdul Qayium Quraishi ("Mr. Quraishi") hereby respectfully moves this Court for leave to file the Declaration of Jill Brenner Meixel ("Meixel Declaration") under seal.

In support of this Motion, Mr. Quraishi states as follows:

1. Mr. Quraishi has moved, pursuant to the underlying Assented-to Emergency Motion of Defendant Qayium Quraishi to Extend his Self-Surrender Date for One Week, for this Court to extend his self-surrender date until May 18, 2007, due to his seven-year old daughter's hospitalization.

2. The Meixel Declaration contains confidential medical information pertaining to Mr. Quraishi's daughter.

3. Mr. Quraishi represents that the impoundment order may be lifted upon the Court's disposition of this action, and all impounded materials may be returned to Mr. Quraishi.

4. The Government assents to the filing of this motion.

WHEREFORE, Mr. Quraishi respectfully requests that the Meixel Declaration be impounded until further Order of the Court. In addition, Mr. Quraishi respectfully requests that the Court accept the Meixel Declaration provisionally under Seal pending the Court's ruling on this Motion.

Respectfully submitted,

MOHAMMED ABDUL QAYIUM QURAISHI,

By his attorneys,

/s/ Jill Brenner Meixel
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
(617) 720-2880

Dated: May 8, 2007

## Certificate of Service

I hereby certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2007.

/s/ Jill Brenner Meixel
Jill Brenner Meixel