UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cr. No. 04-10345-MLW |
| ) | |
| ABDUL RASHEED QURAISHI  ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI ) | |
| MOHAMED ABDUL AZIZ QURAISHI  ) | |

ORDER

WOLF, D.J.                                              January 3, 2008

After an emergency hearing on January 3, 2008, it is hereby ORDERED that:

1. The Director of Bureau of Prisons ("BOP"), Harley Lappin, shall, by January 4, 2008, at 9:00 a.m., file an affidavit stating whether or not he will, as an exercise of his discretion under 18 U.S.C. §3622, authorize the immediate temporary release of the defendants* in this case on the conditions established by Judge Nathaniel Gorton in his December 28, 2007 Order, or on substantially similar conditions.

2. If Mr. Lappin is not willing to do so, he shall, by January 4, 2008, at 9:00 a.m., file an affidavit and memorandum seeking to show cause why he should not be held in civil contempt for failing to obey Judge Gorton's December 28, 2007 Order.

3. If necessary, a hearing to determine whether Mr. Lappin, as the Director of the BOP, should be held in civil contempt shall be held on January 4, 2007, at 2:00 p.m.

4. If the defendants' request that Mr. Lappin be held in civil contempt becomes moot because their mother has died before

\* Rasheed is not a defendant for the purpose of this order. —NMW

the BOP complied with Judge Gorton's December 28, 2007 Order, the issue of possible criminal contempt may be addressed.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE