```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | Cr. No. 04-10345-MLW |
| ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI ) | |
| MOHAMED ABDUL AZIZ QURAISHI    ) | |

                         ORDER

WOLF, D.J.                                      January 4, 2008

As the Director of the Bureau of Prisons ("BOP") has not made the filings required by paragraph 1 of the January 3, 2008 Order, the civil contempt proceeding previously scheduled for January 4, 2008, at 2:00 p.m. will proceed. The Federal Rules of Evidence apply to this matter. See Fed. R. Evid. 1101(b). Therefore, it is hereby ORDERED that:

1. As they may have relevant evidence, the BOP shall make the defendants available to testify by video conference or, if that is not possible, by telephone. The BOP shall make the necessary arrangements with Deputy Clerk Dennis O'Leary (617-748-9159).

2. If the Director of BOP, Harvey Lappin, wishes to present admissible evidence, he may do so by video conference.

```
                           /s/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE
```