# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MOHAMMED ABDUL RASHEED QURAISHI,** | ) Cr. No.  04-10345-NMG |
| **MOHAMMED ABDUL QAYIUM QURAISHI and** | ) |
| **MOHAMMED ABDUL AZIZ QURAISHI** | ) |
| | ) |

### GOVERNMENT'S MOTION TO AMEND EXPENSE ESTIMATE

The Bureau of Prisons estimated that the total cost of the trip for both inmates would be $10,500. <u>See</u> Declaration of Suzanne Hastings, ¶ 10. However, it is unclear whether the Commonwealth of Massachusetts will exempt lodging taxes so there may be an additional $167 in lodging expenses, bringing the overall total estimate to $10,667.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney

DATE: January 8, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /s/ Kimberly P. West 
Kimberly P. West
Assistant U.S. Attorney