UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10345

| United States | Mohammed Quraishi |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kim West | Julie Brenner Miexel |
| James Farmer | Lori Angellini |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Hancock

CLERK'S NOTES

| DATES: | Contempt Hearing |
|---|---|
| 1/4/07 | Court goes over the recent filing with the parties. Court recesses to the lobby with counsel. Parties try to resolve the matter without the need for a contempt hearing. Parties talk for approximately 1 ½ hours with the court's assistance. Parties able to resolve most but not all issues. Court resumes on the bench with Suzanne Hastings and Joyce Kolzak participating by video conference and Michael Frasier and the defendants participating by telephone. Court finds BOP in contempt orders the BOP to transport the defendants to Massachusetts and can handcuff and shackle the defendants while in transit but not when they are in the vicinity of their mother, BOP personnel can be in the facility. BOP to front the costs. BOP can go back to Judge Gorton and seek restitution form the defendants. Court orders the government to order the transcript of today's hearing on an expedited basis. |