UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) Cr. No. 04-10345-NMG |
| MOHAMMED ABDUL QAYIUM QURAISHI and | ) |
| MOHAMMED ABDUL AZIZ QURAISHI | ) |
| | ) |

## GOVERNMENT'S STATUS REPORT

The defendants have been held at FMC Devens ("Devens") while here in Massachusetts. Their transportation has been managed through normal business hours when Devens is most fully staffed. On Sunday, January 6, 2008, the defendants left Devens at/about 8:30 a.m. and returned at/about 4:45 p.m. Today, they left Devens at/about 9:00 a.m. and arrived at the hospital at/about 10:00 a.m. BOP expects to transport them back at 3:00 p.m. today in order to get them to Devens before 4:00 p.m. The number of staff at Devens is reduced after 4:00 p.m., making it more difficult to transport the defendants later in the day.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney

DATE: January 7, 2008

CERTIFICATE OF SERVICE

     I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      /s/ Kimberly P. West
                                      Kimberly P. West
                                      Assistant U.S. Attorney