```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     v. | ) |
| | )   Cr. No. 04-10345-NMG |
| | ) |
| MOHAMMED ABDUL QAYIUM QURAISHI | ) |
| MOHAMMED ABDUL AZIZ QURAISHI | ) |

<u>ORDER</u>

WOLF, D.J.                                            January 8, 2008

As stated in court on January 7, 2008, it is hereby ORDERED that:

1. The Federal Bureau of Prisons ("BOP") shall permit the Defendants, Mohammed Abdul Qayium Quraishi and Mohammed Abdul Aziz Quraishi, to spend at least five hours with their mother on January 8, 2008.

2. The BOP shall inform the defendants promptly if their mother's situation deteriorates and her death is believed to be imminent. Upon such a notification, the BOP shall either release the defendants or escort them to her immediately so that they may administer her last rites.

3. By January 8, 2008, at 4:00 p.m.:

    a. The defendants shall submit a written report from the doctor attending to the defendants' mother indicating, in his best professional judgment, how long she is likely to live. The defendants shall also file any motion to extend the term of their escorted release.

        b. The Department of Justice shall report if it will

temporarily release the defendants, as ordered by Judge Nathaniel Gorton in his December 28, 2007 order, or move them to a facility closer to their mother's hospital in Brockton, Massachusetts, such as the Plymouth County House of Corrections, so they can spend more time with her.

      c.  The BOP shall report the approximate cost per day of the escorted visit of the defendants to Massachusetts.

      d.  The parties shall confer and report as to whether they have reached a mutually agreeable resolution of the disputed issues in this matter.

                                                    /s/ Mark L. Wolf  
                                               UNITED STATES DISTRICT JUDGE