UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) Cr. No. 04-10345-NMG |
| MOHAMMED ABDUL QAYIUM QURAISHI and | ) |
| MOHAMMED ABDUL AZIZ QURAISHI | ) |
| | ) |

## GOVERNMENT'S SECOND STATUS REPORT

In regard to the Court's Order dated January 8, 2008, the Government reports the following:

1. The defendants arrived at the facility at 9:30 a.m. this morning and left at 3:00 p.m. The defendant spent 5 1/2 hours with their mother today, 1/2 hour in excess of the court order.

2. The Bureau of Prisons ("BOP") agrees to inform the defendants promptly if their mother's situation deteriorates and her death is believed to be imminent. Upon such a notification, the BOP agrees to escort them immediately so that the defendants may administer her last rites.

3b. The government is prepared to move the defendants to another facility. This morning counsel indicated that the defendants did not want to be moved to the Plymouth House of Corrections.

3c. The approximate cost per day of the escorted visit is as follows:

| | |
|---|---|
| 1/4/08 | $275.00 |
| 1/5/08 | $6,093.41 |
| 1/6/08 | $2,381.73 |
| 1/7/08 | $2,132.89 |
| 1/8/08 | $2,175.81 |
| 1/9/08 | $2,221.55 |
| 1/10/08 | $4,914.51 |

    <u>Total</u>        $20,194.90

3d. The parties have conferred in regard to the disputed issues in this matter and have been unable to come to agreement. The government has offered to do the following in exchange for the defendants' agreement to not file a motion to extend their stay or extend their hours of visitation: (1) extend the defendants' stay through Thursday; (2) the BOP will make its best effort in allowing the defendants to visit with their mother for 6 hours on Wed and Th; and (3) transfer the defendants to Norfolk Correctional Facility which is 12.61 miles from Cedar Hill Retirement Center as compared to FMC Devens which is 47.84 miles away. The defendants have not agreed to this offer and instead have requested (at 3:45 p.m. today) that BOP keep the defendants in Massachusetts until their mother passes and for and additional two days afterwards. The defendants do not want to be transferred to Norfolk.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                        By:    <u>/s/ Kimberly P. West</u>
                               KIMBERLY P. WEST
                               Assistant U.S. Attorney

DATE: January 8, 2008

CERTIFICATE OF SERVICE

      I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Kimberly P. West
      Kimberly P. West
      Assistant U.S. Attorney