UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) Cr. No. 04-10345-NMG |
| MOHAMMED ABDUL QAYIUM QURAISHI and | ) |
| MOHAMMED ABDUL AZIZ QURAISHI | ) |
| | ) |

## GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO EXTEND VISIT

The government objects to allowing the defendants to stay until their mother passes and for two additional days. This request exceeds the spirit of Judge Gorton's original order which was not to "exceed four (4) days." Further, the medical letter attached to the defendant's original motion was dated December 6, 2007 and indicated that the mother had "days or weeks to live." The most recent letter indicates that she is "likely in the last few days of her life." The government notes this disparity only to highlight that it is very difficult to predict such an unfortunate event.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Kimberly P. West
        KIMBERLY P. WEST
        Assistant U.S. Attorney

DATE: January 7, 2008

CERTIFICATE OF SERVICE

    I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                /s/ Kimberly P. West
                                Kimberly P. West
                                Assistant U.S. Attorney